# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DAVID MOLESKI,**

      Petitioner,

v.                              Case No. 4:18cv263-MW/CJK

**UNITED STATES OF AMERICA,**

      Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 5. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF Nos. 1 and 2, is **DISMISSED** for lack of jurisdiction as Petitioner has not demonstrated entitlement to proceed under § 2241." The Clerk shall close the file.

**SO ORDERED on June 25, 2018.**

                                                s/Mark E. Walker        \_\_\_\_
                                                **United States District Judge**